UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. 2:16-cv-0260 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO BEE, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis. Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of court records from this court reveals that, while incarcerated, and before this action was filed, plaintiff had two cases dismissed for failure to state a claim: <u>Pierce v. Unknown</u>, 1:15-cv-0650 DAD DLB P; <u>Pierce v. Gonzales</u>, 1:10-cv-0285 JLT P. A review of records from the United State District Court for the Central District of California reveals that

1

while incarcerated, and before this action was filed, plaintiff had at least one case dismissed for failure to state a claim: <u>Pierce v. McEwen</u>, No. 2:12-cv-8240 UA (CW).

There is no allegation by plaintiff that he is under imminent danger of serious physical injury.

In light of the foregoing, plaintiff's request for leave to proceed in forma pauperis will be denied. Plaintiff will be granted fourteen days within which to pay the filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied.

2. Plaintiff is granted fourteen days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Dated: February 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pier0260.3ks