UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. 2:16-cv-0260 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO BEE, et al., | |
| Defendants. | |

On March 14, 2016, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's February 29, 2016 order denying plaintiff's request to proceed in forma pauperis. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED plaintiff's March 14, 2014 motion for reconsideration (ECF No. 10) is denied.

DATED: March 29, 2016

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE